USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2021

**Federal Defenders**
OF NEW YORK, INC.

David E. Patton
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 30, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Michael Roberts*, 21 CR 168 (AT)

Dear Judge Torres:

I write jointly with the government to respectfully request an adjournment of approximately three weeks of Mr. Roberts' status conference, currently scheduled for July 6, 2021. Mr. Roberts is continuing to review discovery, and the parties are engaged in pretrial negotiations.

The defense does not object to the exclusion of time under the Speedy Trial Act. Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Michael Roberts
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Sarah Kushner (via ECF)

GRANTED. The status conference scheduled for July 6, 2021, is ADJOURNED to **July 29, 2021**, at **9:00 a.m**.

Time until July 29, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: July 1, 2021
New York, New York

ANALISA TORRES
United States District Judge