UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

           -against-

MICHAEL ROBERTS,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2021
```

21 Cr. 168 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for July 29, 2021, at 9:00 a.m. is ADJOURNED to **July 29, 2021**, at **1:00 p.m.**, and will use the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via video.

       Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

       SO ORDERED.

Dated: July 27, 2021
       New York, New York

ANALISA TORRES
United States District Judge