```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Michael Roberts,

        Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 168 (__) (__)

Defendant __Michael Roberts__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence


_/s/ Tamara Giwa for Michael Roberts_        _/s/_
Defendant's Signature                                Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Michael Roberts**                          **Tamara Giwa**
Print Defendant's Name                      Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.


Dated:  July 29, 2021

_____
ANALISA TORRES
United States District Judge