

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/7/2021
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 4, 2021

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Michael Roberts*, 21 Cr. 168 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to renew the exclusion of time under the Speedy Trial Act from today's date through the date of the upcoming bail hearing, currently scheduled for September 15, 2021, at 2:00 p.m. (Doc. No. 26). Defense counsel consents to this request. The continued exclusion of time will give the defendant an opportunity to continue to review discovery and for the parties to discuss a possible pretrial disposition of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

GRANTED. Time from the date of this Order until **September 15, 2021**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue reviewing discovery and for the parties to discuss a possible pretrial disposition of this matter.

SO ORDERED.

Dated: September 7, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge