UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         -against-

MICHAEL ROBERTS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/15/2021__

21 Cr. 168 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    As stated on the record today, Defendant is released from custody pursuant to all conditions of release stated on the record.

    SO ORDERED.

Dated: September 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge