

U.S. Department

United States
Southern Dist

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/10/2021__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2021

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *United States v. Michael Roberts*, **21 Cr. 168 (AT)**

Dear Judge Torres:

The Government respectfully submits this joint letter regarding the next status conference currently scheduled for November 17, 2021 at 10:00 a.m.  The Government and defense counsel have conferred and respectfully request that the conference be adjourned for a period of 60 days, to allow the parties to discuss a possible pretrial disposition of this matter.  For the same reasons, the Government, with the defendant's consent, respectfully requests that time be excluded in the interim.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

GRANTED.  The status conference scheduled for November 17, 2021, is ADJOURNED to **January 20, 2022**, at **1:00 p.m.**  Time until January 20, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to continue discussing a possible pretrial disposition of this matter.

SO ORDERED.

Dated: November 10, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge