**Federal Defenders**
OF NEW YORK, INC.

52 Du[a]

David E. Patton
*Executive Director*

Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/24/2021_

November 23, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Michael Roberts,* 21 CR 168 (AT)

Dear Judge Torres:

    I write with the consent of the government and Pretrial Services to request a minor modification of Mr. Roberts' bail conditions to home detention, with permission to leave the home at the discretion of Pretrial Services. Mr. Roberts is currently on home detention with location monitoring, but is only permitted to leave his home for work, to visit with his daughter, and to complete volunteer work. The requested modification would allow Pretrial Services to approve leave for other purposes. All other bail conditions would remain the same.

    Thank you for your consideration of this application.

                      Respectfully submitted,

                      /s/

                      Tamara Giwa
                      Counsel for Michael Roberts
                      Federal Defenders of New York
                      (917) 890-9729

GRANTED.

SO ORDERED.

Dated: November 24, 2021
       New York, New York

ANALISA TORRES
United States District Judge