USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/11/2022

# Federal Defenders
## OF NEW YORK, INC.

52 Duan[e]

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   ***United States v. Michael Roberts,* 21 CR 168 (AT)**

Dear Judge Torres:

    I write with the consent of the government to respectfully request an adjournment of approximately 30 days of Mr. Roberts' status conference, currently scheduled for May 17, 2022. The parties are still engaged in pretrial negotiations and Mr. Roberts is reviewing the discovery in this matter.

    The defense does not object to the exclusion of time under the Speedy Trial Act. Thank you for your consideration of this request.

                                                         Respectfully submitted,

GRANTED.  The status conference scheduled for May 17, 2022, is ADJOURNED to **July 6, 2022**, at **10:00 a.m.**  Time until July 6, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to continue discussing a pretrial disposition of this matter and for Defendant to continue reviewing discovery.

SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                                 ANALISA TORRES
                                           United States District Judge