**Federal Defenders**
OF NEW YORK, INC.

52 Duan[e]

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/17/2022__

May 16, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Michael Roberts,* 21 Cr. 168 (AT)

Dear Judge Torres:

    I write with the consent of the government and Pretrial Services to request a modification of Mr. Roberts' bail conditions from home detention to a curfew with location monitoring. The parties further request that the modification include the provision that if Mr. Roberts is scheduled to work overnight shifts he must seek advance approval from Pretrial Services. All other bail conditions would remain the same.

    Mr. Roberts is compliant with the mandates set forth by the Court and Pretrial Services. He is employed, spends time with his family, and maintains communication with Pretrial Services and my office.

    Thank you for your consideration of this application.

GRANTED.

SO ORDERED.

Dated: May 17, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge