**Federal Defenders**
OF NEW YORK, INC.

52 Duane

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2022_

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 21, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**   *United States v. Michael Roberts,* **21 CR 168 (AT)**

Dear Judge Torres:

    I write to provide the Court with a joint status update. The parties are still engaged in pretrial negotiations. Mr. Roberts remains compliant with the terms of his supervision. He is currently working full-time and living with his mother and brother. The parties do not have any applications at this time. We are available for a status conference in October with the exception of October 3 – 5, and October 19 – 26, when I will be engaged in a trial before Judge Hellerstein.

    The defense does not object to the exclusion of time under the Speedy Trial Act.

    The status conference scheduled for July 6, 2022, is ADJOURNED to **October 18, 2022**, at **11:00 a.m.** Time until **October 18, 2022**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to continue discussing a pretrial disposition of this matter.

    SO ORDERED.

Dated: June 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge