```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL ROBERTS,

                              Defendant.

21 Cr. 168 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for October 18, 2022, is ADJOURNED to **November 9, 2022**, at **1:00 p.m.**

      SO ORDERED.

Dated: October 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge